No. 3626.—Laviena et al., apltes., v. Ramos, apldo.—C. D. Humacao. Mayo 26, 1926. Moción sobre reconsideración. No apareciendo que la prueba erróneamente admitida, si hubo error alguno en tal sentido, haya contribuído en grado apreciable al resultado en la corte inferior, o que su exclusión al momento de oponerse la parte demandante hubiera

afectado tal resultado, ni por tanto que el mero hecho de haberse incurrido en un error técnico de tal naturaleza fuera motivo suficiente para la revocación de la sentencia apelada, *no ha lugar.*